LAWRENCE G. BROWN
Acting United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2772

FILED

APR 09 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-CR-00170 GEB |
| Plaintiff, | VIOLATIONS: 18 U.S.C. §§ 371 and 2 - Conspiracy to Misappropriate Labor Union Funds; 29 U.S.C. § 501(c) - Misappropriation of Labor Union Funds (65 Counts) |
| v. | |
| ROBERT L. CARR, and THERESA ANN CARR, aka Teresa Carr, aka Teri A. Carr, | |
| Defendants. | |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. §§ 371 and 2 - Conspiracy to Misappropriate Labor Union Funds]

The Grand Jury charges:

ROBERT L. CARR, and
THERESA ANN CARR,
aka Teresa Carr,
aka Teri A. Carr,

defendants herein, as follows:

## I. LABOR ORGANIZATION AND PARTIES

1. Local Union No. 228, United Association of Journeyman and Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada, AFL-CIO ("Plumbers Union") is a labor organization, within the meaning of Title 29, United States Code, Section 402(i) and (j), engaged in an industry affecting commerce with an office located at 1246 Putman Avenue, Yuba City, California.

2. As required by law, the Plumbers Union adopted a constitution and bylaws, which govern its officers and other representatives in the transaction of its business. Union officers and representatives have a fiduciary duty to the union and its members to manage, invest, and expend the union's moneys, funds, property, and assets in accordance with the union's constitution and bylaws and any resolutions of the governing bodies which are adopted in accordance with such constitution and bylaws.

3. The members of the Plumbers Union are the real owners of the moneys, funds, property, and assets belonging to the union. As such, union moneys, funds, property, and assets belonging to the members should only be expended in furtherance of their common interest, and not for the personal benefit of the union officers.

4. At all times material to this Indictment, defendant ROBERT L. CARR was an officer of the Plumbers Union, within the meaning of Title 29, United States Code, Section 402(n), in that he was the Financial Secretary-Treasurer and Business Manager of the Plumbers Union. By virtue of his offices and employment by

the union, defendant ROBERT L. CARR had access to the Plumbers Union's moneys, funds, property, and assets. In particular, defendant ROBERT L. CARR was one of two required signatories on the Plumbers Union's checking accounts at the Union Bank of California. In addition, defendant ROBERT L. CARR was given a Visa credit card no. XXXX XXXX XXXX 8556 issued by First Bankcard to "Plmbrs Steamfitters, Robert L. Carr" to be used only in furtherance of performing services for the union.

5.  At all times material to this Indictment, defendant THERESA ANN CARR, aka Teresa Carr, aka Teri A. Carr, was the wife of defendant ROBERT L. CARR, and together they maintained a residence in Yuba City, California. At various times mentioned in this Indictment, defendant THERESA ANN CARR, aka Teresa Carr, aka Teri A. Carr, either worked or purported to work as a temporary employee for the Plumbers Union within the meaning of Title 29, United States Code, Section 501(c).

## II. THE CONSPIRACY

6.  Beginning at a time unknown to the Grand Jury, but not later than in or about January 2000, and continuing until on or about March 3, 2007, in the State and Eastern District of California, defendants ROBERT L. CARR and THERESA ANN CARR, aka Teresa Carr, aka Teri A. Carr, in order to personally enrich themselves, did knowingly and intentionally conspire with each other and with others unknown to the Grand Jury to embezzle, steal, and unlawfully and willfully abstract and convert for their own use the moneys, funds, property, and other assets of the Plumbers Union, in violation of Title 29, United States Code, Section 501(c).

## OVERT ACTS

7. In furtherance of the conspiracy and to effect the objects thereof, one or more of the defendants performed the following overt acts in the State and Eastern District of California:

8. On or about the dates listed below, defendants ROBERT L. CARR and THERESA ANN CARR, aka Teresa Carr, aka Teri A. Carr, did embezzle, steal, and unlawfully and willfully abstract and convert for their own use the moneys, funds, property, and other assets of the Plumbers Union by wrongfully making and cashing the Union Bank of California checks drawn on the Plumbers Union checking accounts as described below:

| Check Date | Check Number | Payee | Check Amount | Union Bank of California Account Number |
|---|---|---|---|---|
| 10/21/2002 | 1477 | Robert L. Carr | $4,000.00 | XXX- XXX-1691 |
| 11/26/2002 | 1492 | Robert L. Carr | $3,000.00 | XXX- XXX-1691 |
| 12/23/2002 | 1512 | Robert L. Carr | $3,000.00 | XXX- XXX-1691 |
| 01/02/2003 | 5804 | Theresa A. Carr | $1,089.30 | XXX- XXX-1411 |
| 01/23/2003 | 1014 | Robert Carr | $1,031.38 | XXX- XXX-1411 |
| 01/31/2003 | 5885 | Robert Carr | $1,031.38 | XXX- XXX-1411 |
| 03/04/2003 | 5943 | Teri Carr | $500.00 | XXX- XXX-1411 |
| 04/14/2003 | 6046 | Teri Carr | $700.00 | XXX- XXX-1411 |
| 04/28/2003 | 6097 | Robert Carr | $1,031.38 | XXX- XXX-1411 |
| 05/03/2003 | 6108 | Teri Carr | $400.00 | XXX- XXX-1411 |
| 06/18/2003 | 6065 | Robert Carr | $1,031.38 | XXX- XXX-1411 |
| 07/09/2003 | 6203 | Robert Carr | $1,031.38 | XXX- XXX-1411 |
| 07/14/2003 | 6205 | Robert Carr | $1,031.38 | XXX- XXX-1411 |
| 07/21/2003 | 6220 | Robert L. Carr | $1,031.38 | XXX- XXX-1411 |

9. Beginning in or about January 2000, defendants ROBERT L. CARR and THERESA ANN CARR, aka Teresa Carr, aka Teri A. Carr, did embezzle, steal, and unlawfully and willfully abstract and

1 convert for their own use the moneys, funds, property, and other
2 assets of the Plumbers Union by wrongfully using a Visa credit
3 card no. XXXX XXXX XXXX 8556 issued by First Bankcard to "Plmbrs
4 Steamfitters, Robert L. Carr" to make numerous purchases of
5 clothing, sporting goods, fishing equipment and supplies,
6 jewelry, shoes, meals, lingerie, lodging, concert tickets, and
7 other consumer goods and services for their personal benefit and
8 the benefit of their family, and not for the benefit of the
9 members of the Plumbers Union.

10     10.  Defendants ROBERT L. CARR and THERESA ANN CARR, aka
11 Teresa Carr, aka Teri A. Carr, committed the overt acts, among
12 others, alleged in substantive Counts Two through Sixty-Six of
13 this Indictment, which are incorporated herein by this reference
14 as though fully set forth.

15     All in violation of Title 18, United States Code, Sections
16 371 and 2.

17 COUNT TWO:  [29 U.S.C. § 501(c) and 18 U.S.C. § 2 -
18            Misappropriation of Labor Union Funds]

19     The Grand Jury further charges:

20            ROBERT L. CARR, and
            THERESA ANN CARR,
21             aka Teresa Carr,
            aka Teri A. Carr,
22

23 defendants herein, as follows:

24     1.  Paragraphs 1 through 5 of Count One are realleged and
25 incorporated herein, as if fully set forth.

26     2.  On or about December 22, 2003, defendants ROBERT L.
27 CARR and THERESA ANN CARR, aka Teresa Carr, aka Teri A. Carr, did
28 embezzle, steal, and unlawfully and willfully abstract and

1  convert for their own use the moneys, funds, property, and other
2  assets of the Plumbers Union by wrongfully making and cashing
3  check no. 1567, payable to "Robert L. Carr" in the amount of
4  $2,500.00 and drawn on Union Bank of California checking account
5  no. XXX- XXX-1691 belonging to the Plumbers Union.
6      All in violation of Title 29, United States Code, Section
7  501(c) and Title 18, United States Code, Section 2.
8  <u>COUNTS THREE THROUGH NINETEEN</u>:     [29 U.S.C. § 501(c) and 18 U.S.C.
                                            § 2 - Misappropriation of Labor
9                                           Union Funds]
10     The Grand Jury further charges:
11                 ROBERT L. CARR, and
                   THERESA ANN CARR,
12                   aka Teresa Carr,
                     aka Teri A. Carr,
13
14 defendants herein, as follows:
15     1.   Paragraphs 1 through 5 of Count One are realleged and
16 incorporated herein, as if fully set forth.
17     2.   On or about the dates listed below, defendants ROBERT
18 L. CARR and THERESA ANN CARR, aka Teresa Carr, aka Teri A. Carr,
19 did embezzle, steal, and unlawfully and willfully abstract and
20 convert for their own use the moneys, funds, property, and other
21 assets of the Plumbers Union by wrongfully making and cashing the
22 checks drawn on Union Bank of California checking account no.
23 XXX- XXX-1411 belonging to the Plumbers Union as described below:
24
25
26
27
28

6

| Count | Check Date | Check Number | Payee | Check Amount |
|---|---|---|---|---|
| 3 | 08/12/2003 | 6272 | Robert L. Carr | $1,000.60 |
| 4 | 08/18/2003 | 6244 | Robert L. Carr | $1,000.60 |
| 5 | 08/18/2003 | 6243 | Teri Carr | $912.46 |
| 6 | 08/21/2003 | 6284 | Teri Carr | $1,000.00 |
| 7 | 09/03/2003 | 6248 | Robert L. Carr | $1,000.31 |
| 8 | 09/10/2003 | 6310 | Teri Carr | $1,200.00 |
| 9 | 09/10/2003 | 6307 | Robert L. Carr | $1,000.31 |
| 10 | 09/19/2003 | 6319 | Robert L. Carr | $1,000.58 |
| 11 | 12/31/2003 | 6551 | Robert L. Carr | $901.30 |
| 12 | 09/04/2004 | 7013 | Robert L. Carr | $886.86 |
| 13 | 11/02/2004 | 7136 | Robert L. Carr | $1,030.81 |
| 14 | 11/12/2004 | 7165 | Robert L. Carr | $1,031.56 |
| 15 | 11/26/2004 | 7191 | Robert L. Carr | $1,031.84 |
| 16 | 01/26/2005 | 7295 | Macy's | $200.00 |
| 17 | 02/01/2005 | 7316 | Robert L. Carr | $1,015.86 |
| 18 | 07/05/2005 | 7603 | Robert L. Carr | $962.26 |
| 19 | 12/22/2005 | 7995 | Robert L. Carr | $994.62 |

All in violation of Title 29, United States Code, Section 501(c) and Title 18, United States Code, Section 2.

<u>COUNTS TWENTY THROUGH SIXTY-SIX</u>: [29 U.S.C. § 501(c) and 18 U.S.C. § 2 - Misappropriation of Labor Union Funds]

The Grand Jury further charges:

      ROBERT L. CARR, and
      THERESA ANN CARR,
       aka Teresa Carr,
       aka Teri A. Carr,

defendants herein, as follows:

  1. Paragraphs 1 through 5 of Count One are realleged and incorporated herein, as if fully set forth.

  2. On or about the dates listed below, defendants ROBERT L. CARR and THERESA ANN CARR, aka Teresa Carr, aka Teri A. Carr, did embezzle, steal, and unlawfully and willfully abstract and convert for

their own use the moneys, funds, property, and other assets of the Plumbers Union by wrongfully using a Visa credit card no. XXXX XXXX XXXX 8556 issued by First Bankcard to "Plmbrs Steamfitters, Robert L. Carr" to make purchases of consumer goods and services for their personal benefit and the benefit of their family, and not for the benefit of the members of the Plumbers Union, from the vendors as described below:

| Count | Date | Vendor | Amount |
|---|---|---|---|
| 20 | 11/06/2003 | Pro Nail Salon | $45.00 |
| 21 | 11/19/2003 | Devons | $348.56 |
| 22 | 11/20/2003 | Limited Too | $84.79 |
| 23 | 11/28/2003 | Kmart | $194.02 |
| 24 | 12/03/2003 | Eastbay | $130.94 |
| 25 | 12/09/2003 | Cabela's | $258.69 |
| 26 | 12/10/2003 | Journeys Shoes | $54.11 |
| 27 | 12/10/2003 | Journeys Shoes | $142.98 |
| 28 | 12/10/2003 | Cabela's | $361.61 |
| 29 | 12/17/2003 | Big 5 Sporting | $94.36 |
| 30 | 12/18/2003 | Venus Swimwear | $59.95 |
| 31 | 12/19/2003 | Limited Too | $121.00 |
| 32 | 12/19/2003 | Ducks Unlimited | $387.89 |
| 33 | 12/28/2003 | Surf and Skate | $129.25 |
| 34 | 04/14/2004 | Big 5 Sporting | $35.38 |
| 35 | 04/27/2004 | Big 5 Sporting | $134.86 |
| 36 | 05/01/2004 | Kmart | $200.10 |
| 37 | 05/09/2004 | Sunglass Hut | $91.10 |
| 38 | 05/09/2004 | Sunglass Hut | $96.46 |
| 39 | 05/13/2004 | Factory Brand Shoes | $107.22 |
| 40 | 05/14/2004 | Bun & Thigh Roller | $53.52 |
| 41 | 05/24/2004 | Victoria's Secret | $100.76 |
| 42 | 06/02/2004 | Lush Handmade Cosmetics | $101.61 |
| 43 | 06/04/2004 | Victoria's Secret | $31.10 |
| 44 | 06/11/2004 | Bun & Thigh Roller | $32.12 |
| 45 | 07/13/2004 | Yuba Sutter Veterinary | $226.88 |
| 46 | 08/19/2004 | Reebok/Rockport | $64.29 |
| 47 | 08/25/2004 | Eastbay | $85.95 |

| 48 | 11/03/2004 | SAT | $49.50 |
|---|---|---|---|
| 49 | 11/03/2004 | Bass Pro Shop | $298.56 |
| 50 | 11/06/2004 | American Eagle | $84.26 |
| 51 | 11/06/2004 | American Eagle | $137.76 |
| 52 | 11/19/2004 | Reebok/Rockport | $64.40 |
| 53 | 12/10/2004 | Cabela's | $183.69 |
| 54 | 12/15/2004 | Tropicana Inn | $566.97 |
| 55 | 05/22/2005 | Quicksilver Boardriders | $140.08 |
| 56 | 06/02/2005 | Victoria's Secret | $133.96 |
| 57 | 06/05/2005 | Victoria's Secret | $18.22 |
| 58 | 06/23/2005 | Kmart | $246.66 |
| 59 | 06/29/2005 | Four Seasons | $257.40 |
| 60 | 07/01/2005 | Newport News DB | $29.00 |
| 61 | 07/01/2005 | Newport News DB | $73.89 |
| 62 | 07/01/2005 | Newport News DB | $82.89 |
| 63 | 07/15/2005 | Sportsman's Warehouse | $373.94 |
| 64 | 08/02/2005 | WalMart | $95.39 |
| 65 | 12/22/2005 | Wilderness Archery | $363.03 |
| 66 | 12/24/2005 | Harry Ritchie | $107.23 |

All in violation of Title 29, United States Code, Section 501(c) and Title 18, United States Code, Section 2.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

LAWRENCE G. BROWN
Acting United States Attorney

9

# UNITED STATES DISTRICT COURT

Eastern District of California

Criminal Division

---

THE UNITED STATES OF AMERICA

vs.

ROBERT L. CARR, and
THERESA ANN CARR,
aka Teresa Carr,
aka Teri A. Carr

---

INDICTMENT 2:09 - CR 00170 GEB

**VIOLATION(S):** 18 U.S.C. §§ 371 and 2 - Conspiracy to Misappropriate Labor Union Funds; 28 U.S.C. § 501(c) and 18 U.S.C. § 2 - Misappropriation of Labor Union Funds (65 Counts)

---

*A true bill,*

/S/
_____
Foreman.

Filed in open court this \_\_\_\_9\_\_\_\_ day

of \_\_\_April\_\_\_, A.D. 2009

_____
Clerk.

Bail, $ Notices to Appear to issue to both Ds

GPO 863 525

**DEFENDANT:**   ROBERT L. CARR
　　　　　　　　　THERESA ANN CARR
　　　　　　　　　　aka Teresa Carr
　　　　　　　　　　aka Teri A. Carr

**COUNT ONE:**   18 U.S.C. §§ 371 and 2 - Conspiracy to Misappropriate Labor Union Funds

**PENALTY:**   Not more than 5 years in prison,
Not more than $250,000 fine, or both, and a
3-year term of supervised release.

**COUNTS TWO THROUGH SIXTY-SIX:**   29 U.S.C. § 501(c) and 18 U.S.C. § 2 - Misappropriation of Labor Union Funds

**PENALTY:**   Not more than 5 years in prison,
Not more than $250,000 fine, or both, and a
3-year term of supervised release.

**PENALTY ASSESSMENT:**   Mandatory $100 penalty assessment on each count