DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, Bar # VI766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THERESA ANN CARR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-09-00170-GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| ROBERT L. CARR, and THERESA ANN CARR, | Date: October 23, 2009 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell |

    IT IS HEREBY STIPULATED between the parties, Samuel Wong, Assistant United States Attorney, for plaintiff United States of America, on the one hand, and Douglas Beevers, Assistant Federal Defender, attorney for defendant Theresa Ann Carr, and C. Emmett Mahle, Esq., attorney for defendant Robert Carr, on the other hand, that the status conference of September 18, 2009 at 9:00 a.m., be vacated, and the matter be set for status conference on October 23, 2009 at 9:00 a.m.

    The reason for the continuance is that both defense counsel have only recently taken over this case in which discovery includes many boxes of evidence, and counsel requires time to review the evidence.

In addition, the Government expects to have a summary of additional expert evidence ready for disclosure before October 23, 2009. The parties agree a continuance is necessary for these purposes, and agree to exclude time under the Speedy Trial Act accordingly.

IT IS STIPULATED that the period from the date of the parties' stipulation, September 15, 2009, and up to and including October 23, 2009, shall be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of defense counsel.

Dated: September 15, 2009

    Respectfully submitted,

    DANIEL BRODERICK
    Federal Defender

    */s/ Douglas Beevers*
    _____
    DOUGLAS BEEVERS
    Assistant Federal Defender
    Attorney for Defendant
    THERESA ANN CARR

Dated: September 15, 2009

    */s/ C. Emmett Mahle*
    _____
By:  C. EMMETT MAHLE
    Attorney for defendant
    Robert Carr

Dated: September 15, 2009

    LAWRENCE BROWN
    Acting United States Attorney

    */s/ Samuel Wong*
    _____
By:  SAMUEL WONG
    Assistant U.S. Attorney

Stip and Order   -2-

1 **ORDER**

2   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
3 ordered that the status conference presently set for September 18,
4 2009, be continued to October 23, 2009, at 9:00 a.m.  Based on the
5 representation of defense counsel and good cause appearing therefrom,
6 the Court hereby finds that the failure to grant a continuance in this
7 case would deny defendants' counsel reasonable time necessary for
8 effective preparation, taking into account the exercise of due
9 diligence.  The Court finds that the ends of justice to be served by
10 granting a continuance outweigh the best interests of the public and
11 the defendant in a speedy trial.  It is ordered that time from the date
12 of the parties' stipulation, September 15, 2009, up to and including,
13 the October 23, 2009, status conference shall be excluded from
14 computation of time within which the trial of this matter must be
15 commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
16 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel
17 reasonable time to prepare.

18 Dated:   September 16, 2009

20 _____
    GARLAND E. BURRELL, JR.
21  United States District Judge

Stip and Order                    -3-