C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
ROBERT CARR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  CR.S-09-00170-GEB |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| ROBERT CARR, et al., | |
| Defendants. | Date: December 23, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

STIPULATION

IT IS HEREBY STIPULATED between the parties, Samuel Wong, Assistant United States Attorney, for plaintiff United States of America, on the one hand, and Douglas Beevers, Assistant Federal Defender, attorney for defendant Theresa Ann Carr, and C. Emmett Mahle, attorney for defendant Robert Carr, on the other hand, that the status conference of October 23, 2009, at 9:00 a.m., be vacated, and the matter be set for status conference on December 11, 2009, at 9:00 a.m.

The reason for the continuance is that both defense counsel have only recently taken over this case in which discovery includes many boxes of evidence, and counsel requires time to review the evidence. In addition, there are twenty five boxes of discovery evidence which counsel has not yet reviewed. The parties agree a continuance is necessary for these purposes, and agree to exclude time under the Speedy Trial Act accordingly.

IT IS STIPULATED that the period from the date of the parties' stipulation, October 20, 2009, and up to and including December 11, 2009, shall be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18

U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code T4, for ongoing preparation of defense

counsel.

DATED:    10/20/09                          /s/ C. Emmett Mahle

                                        C. EMMETT MAHLE
                                        Attorney for Defendant
                                        ROBERT CARR

DATED:    10/20/09                          /s/ Douglas Beevers

                                        DOUGLAS BEEVERS
                                        Attorney for Defendant
                                        THERESA ANN CARR


                                        LAWRENCE BROWN
                                        Acting United States Attorney

DATED:    10/20/09                          /s/ Samuel Wong

                                        SAMUEL WONG
                                        Assistant U.S. Attorney


                              ORDER

        UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that

the status conference presently set for October 23, 2009, be continued to December 11, 2009,

at 9:00 a.m. Based on the representation of defense counsel and good cause appearing

therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny

defendants' counsel reasonable time necessary for effective preparation, taking into account the

exercise of due diligence. The Court finds the ends of justice to be served by granting a

continuance outweigh the best interests of the public and the defendants in a speedy trial. It is

ordered that time from the date of the parties' stipulation, October 20, 2009, up to and including,

the December 11, 2009, status conference shall be excluded from computation of time within

which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18

U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable

time to prepare.

DATED: 10/28/09

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge
                                              - 2 -