DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, Bar # VI766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THERESA ANN CARR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-00170-GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| ) | |
| ROBERT L. CARR, and THERESA ANN ) | |
| CARR, ) | Date: February 19, 2010 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell |
| ) | |

_____

    IT IS HEREBY STIPULATED between the parties, Samuel Wong, Assistant United States Attorney, for plaintiff United States of America, on the one hand, and Douglas Beevers, Assistant Federal Defender, attorney for defendant Theresa Ann Carr, and C. Emmett Mahle, Esq., attorney for defendant Robert Carr, on the other hand, that the status conference of December 11, 2009 at 9:00 a.m., be vacated, and the matter be set for status conference on February 19, 2010 at 9:00 a.m.

    The reason for the continuance is that Attorney Mahle has just received a disc with the equivalent of 30 boxes of additional discovery and Attorney Beevers and Attorney Wong have not yet had a chance to

1 review this evidence.  The parties agree a continuance is necessary for
2 these purposes, and agree to exclude time under the Speedy Trial Act
3 accordingly.
4     IT IS STIPULATED that the period from the date of the parties'
5 stipulation, December 11, 2009, and up to and including February 19,
6 2010, shall be excluded in computing the time within which trial of
7 this matter must be commenced under the Speedy Trial Act, pursuant to
8 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing
9 preparation of defense counsel.
10 Dated: December 10, 2009

                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender


                                    */s/ Douglas Beevers*
                                    _____
                                    DOUGLAS BEEVERS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    THERESA ANN CARR

Dated: December 10, 2009

                                    */s/ C. Emmett Mahle*
                                    _____
                               By:  C. EMMETT MAHLE
                                    Attorney for defendant
                                    Robert Carr

Dated: December 10, 2009

                                    LAWRENCE BROWN
                                    Acting United States Attorney


                                    */s/ Samuel Wong*
                                    _____
                               By:  SAMUEL WONG
                                    Assistant U.S. Attorney

Stip and Order                    -2-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for December 11, 2009, be continued to February 19, 2009, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of the parties' stipulation, December 10, 2009, up to and including, the February 19, 2009, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   December 11, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge