C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
ROBERT CARR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.:  CR.S-09-00170-GEB |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| ROBERT CARR, et al., | Date: April 2, 2010 |
| Defendants. | Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

STIPULATION

IT IS HEREBY STIPULATED between the parties, Samuel Wong, Assistant United States Attorney, for plaintiff United States of America, on the one hand, and Douglas Beevers, Assistant Federal Defender, attorney for defendant Theresa Ann Carr, and C. Emmett Mahle, attorney for defendant Robert Carr, on the other hand, that the status conference of February 19, 2010, at 9:00 a.m., be vacated, and the matter be set for status conference on April 2, 2010, at 9:00 a.m.

The reason for the continuance is that the discovery includes many boxes of evidence, and defense counsel requires time to review the evidence. Defense counsel has recently received from Plumber's Local Union 228 approximately twenty five additional boxes of discovery evidence which defense counsel is in the process of reviewing. The parties agree a continuance is necessary for these purposes, and agree to exclude time under the Speedy Trial Act accordingly.

IT IS STIPULATED that the period from the date of the parties' stipulation, February 17, 2010, and up to and including April 2, 2010, shall be excluded in computing the time within

- 1 -

which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code T4, for ongoing preparation of defense counsel.

DATED:   2/17/10                     /s/ C. Emmett Mahle

C. EMMETT MAHLE
Attorney for Defendant
ROBERT CARR

DATED:   2/17/10                     /s/ Douglas Beevers

DOUGLAS BEEVERS
Attorney for Defendant
THERESA ANN CARR

BENJAMIN WAGNER
United States Attorney

DATED:   2/17/10                     /s/ Samuel Wong

SAMUEL WONG
Assistant U.S. Attorney

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for February 19, 2010, be continued to April 2, 2010, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time from the date of the parties' stipulation, February 17, 2010, up to and including, the April 2, 2010, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

DATED: 2/22/10

GARLAND E. BURRELL, JR.
United States District Judge