C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
ROBERT CARR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR.S-09-00170-GEB |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND (PROPOSED) ORDER |
| ROBERT CARR, | |
| Defendant. | Date: April 2, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

## STIPULATION

IT IS HEREBY STIPULATED between the parties, Samuel Wong, Assistant United States Attorney, for plaintiff United States of America, on the one hand, and Douglas Beevers, Assistant Federal Defender, attorney for defendant Theresa Ann Carr, and C. Emmett Mahle, attorney for defendant Robert Carr, on the other hand, that the status conference of April 2, 2010, at 9:00 a.m., be vacated, and the matter be set for status conference on June 4, 2010, at 9:00 a.m.

The reason for the continuance is that counsel is expecting to receive a plea agreement and we are continuing ongoing plea negotiations. Also, defense counsel need additional time to discuss with their respective clients of the state of the evidence which is voluminous and comprises over 30 boxes of documents, the ramifications of any plea offer, and the risks of proceeding with the litigation. Based on these facts, the parties stipulate and agree that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, the case is unusual or complex within the meaning of the Speedy Trial Act, and the requested continuance is necessary to provide defense counsel

- 1 -

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    IT IS STIPULATED that the period from the date of the parties' stipulation, March 31, 2010, and up to and including June 4, 2010, shall be excluded in computing the time within which trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (ongoing preparation of defense counsel).

DATED:   3/31/10                           /s/ C. Emmett Mahle

                                                  C. EMMETT MAHLE
                                                  Attorney for Defendant
                                                  ROBERT CARR

DATED:   3/31/10                           /s/ Douglas Beevers

                                                  DOUGLAS BEEVERS
                                                  Attorney for Defendant
                                                  THERESA ANN CARR


                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

DATED:   3/31/10                  By:   /s/ Samuel Wong

                                                  SAMUEL WONG
                                                  Assistant U.S. Attorney


## (PROPOSED) ORDER

    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for April 2, 2010, be continued to June 4, 2010, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161, the case is unusual or complex within the meaning of the Speedy Trial Act, and the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in

a speedy trial. It is ordered that time from the date of the parties' stipulation, March 31, 2010, up to and including, the June 4, 2010, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (allow defense counsel reasonable time to prepare).

DATED: 3/31/10

_____
GARLAND E. BURRELL, JR.
United States District Judge