BENJAMIN B. WAGNER
Acting United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-0170-GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | VACATING MOTIONS HEARING |
| v. ) | DATE AND CONTINUING TRIAL |
| ) | CONFIRMATION HEARING AND |
| ROBERT L. CARR, and ) | TRIAL DATES, AND EXCLUDING |
| THERESA ANN CARR, ) | TIME UNDER THE SPEEDY TRIAL |
| aka Teresa Carr, ) | ACT |
| aka Teri A. Carr, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Whereas, at approximately the end of February 2011, the United States received information that the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada (hereafter "International Union") had made adverse findings against Robert L. Carr in connection with charges of misconduct during his employment as United Association Local 228 union manager;

Whereas, the International Union has provided to the United States copies of voluminous documents related to its

1 investigation of Robert L. Carr;

2 Whereas, the United States has produced copies of the
3 voluminous documents provided by the International Union to
4 defense counsel in this prosecution;

5 Whereas, the United States anticipates requesting that the
6 Grand Jury return a Superseding Indictment against defendants
7 Robert L. Carr and/or Theresa Ann Carr based on the new
8 information provided by the International Union; and

9 Whereas, counsel for both defendants desire additional time
10 to review the voluminous documents provided by the International
11 Union, conduct additional investigation on any new charges in the
12 anticipated Superseding Indictment, and conduct new legal
13 research on the issues raised in the anticipated Superseding
14 Indictment in support of any defense motions,

15 It is hereby stipulated and agreed by the parties, through
16 their respective counsel, that:

17 1.  The presently set April 8, 2011, motions hearing date
18 shall be vacated and a new briefing schedule and motions hearing
19 date shall be reset by stipulation of the parties after the
20 return of the anticipated Superseding Indictment.

21 2.  The presently set April 22, 2011, trial confirmation
22 hearing shall be continued to September 9, 2011, at 9:00 a.m.

23 3.  The presently set June 14, 2011, trial date shall be
24 continued to October 25, 2011, at 9:00 a.m.

25 4.  This case is unusual and complex as there are over 30
26 boxes of documents involved in this case and it is unreasonable
27 to expect adequate preparation for pretrial proceedings and trial
28 itself within the time limits established in the Speedy Trial

Act, 18 U.S.C. § 3161.

5. The continuance requested herein is necessary to provide defense counsel reasonable time to prepare their respective clients' defenses taking into account due diligence within the meaning of the Speedy Trial Act.

6. Time from the date of this stipulation, April 6, 2011, to and including October 25, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare).

Dated: April 6, 2011

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*
_____
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
THERESA ANN CARR

Dated:    April 6, 2011

*/s/ C. Emmett Mahle*
_____
C. EMMETT MAHLE
Attorney for defendant
Robert Carr

Dated:    April 6, 2011

BENJAMIN B. WAGNER
United States Attorney

*/s/ Samuel Wong*
_____
By:  SAMUEL WONG
     Assistant U.S. Attorney

3

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, April 6, 2011, to and including October 25, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare).  It is further ordered that the April 8, 2011, motions hearing date shall be vacated to be reset by the parties by stipulation; the new trial confirmation
///
///
///

hearing date shall be September 9, 2011, at 9:00 a.m.; and the new trial date shall be October 25, 2011, at 9:00 a.m.

Dated:  April 7, 2011

```
_____
GARLAND E. BURRELL, JR.
United States District Judge
```