BENJAMIN B. WAGNER
Acting United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-CR-0170-GEB |
| Plaintiff, | ) | STIPULATION AND ORDER AND CONTINUING TRIAL CONFIRMATION HEARING |
| v. | ) | |
| ROBERT L. CARR, and THERESA ANN CARR, aka Teresa Carr, aka Teri A. Carr, | ) | Court:  Hon. Garland Burrell |
| Defendants. | ) | |

   It is hereby stipulated and agreed by the parties, through their respective counsel, that the previously set January 27, 2012, trial confirmation hearing shall be continued to February 17, 2012, at 9:00 a.m., to allow defense counsel to review additional discovery before the trial confirmation hearing.  The parties acknowledge that the Court has previously excluded time within which the trial of this case must be commenced under the Speedy Trial Act up, and including, the trial date of March 13,
///
///

1

2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (defense preparation).

Dated:  February 1, 2012                    Respectfully submitted,

                                                            DANIEL BRODERICK
                                                            Federal Defender

                                                            */s/ Douglas Beevers*
                                                            _____
                                                            DOUGLAS BEEVERS
                                                           Assistant Federal Defender
                                                           Attorney for Defendant
                                                           THERESA ANN CARR

                                                           */s/ Michael Long*
                                                           _____
                                                           MICHAEL LONG
                                                           Attorney for defendant
                                                           Robert Carr
                                                           (per telephone authorization)

                                                           BENJAMIN B. WAGNER
                                                           United States Attorney

                                                           */s/ Samuel Wong*
                                     By:  _____
                                                           SAMUEL WONG
                                                           Assistant U.S. Attorney

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  The new trial confirmation hearing date shall be held on February 17, 2012, at 9:00 a.m., and the previously set March 13, 2012, at 9:00 a.m., trial date shall remain as previously set.

Dated:  February 1, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge