IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT L. CARR, and THERESA ANN CARR,<br><br>　　　　　Defendants.<br>_____ | )<br>)　Case No. 2:09-cr-00170-GEB<br>)<br>)<br>)　GUILTY PLEA TO NONEXISTENT<br>)　COUNT 69<br>)<br>)<br>)<br>)<br>) |

　　　　I have just been informed that each Defendant plead guilty to nonexistent Count Sixty-Nine (69) last Friday, February 17, 2012. The parties' plea agreement included a plea of guilty to that non-existent count. Therefore, the Minutes of the proceeding correctly state that is what occurred; however, each Defendant's plea of guilty to that non-existent count was meaningless.

Dated:　February 23, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　United States District Judge

1