DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THERESA ANN CARR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-00170-GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER TO |
| v. ) | CONTINUE STATUS CONFERENCE |
| ) | |
| ROBERT L. CARR, and ) | |
| THERESA ANN CARR, ) | Date: September 21, 2012 |
| ) | Time: 9:00 a.m. |
| Defendants. ) | Judge: Hon. Garland E. Burrell |
| ) | |

IT IS HEREBY STIPULATED between the parties, SAMUEL WONG, Assistant United States Attorney, DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant THERESA ANN CARR, and JAN KAROWSKY, Esq., attorney for defendant ROBERT CARR, that the status conference of July 20, 2012 at 9:00 a.m., be vacated, and the matter be set for status conference on September 21, 2012 at 9:00 a.m.

The reason for the continuance is allow defense counsel Jan Karowsky additional time to review the discovery, consult with his client, perform legal research and investigation and to determine the merits of the motion to withdraw Robert Carr's guilty pleas to Counts One, Two, and Sixty Nine of the Superseding Indictment previously entered on February

1   24, 2012. Theresa Carr's previously guilty pleas to the same counts was
2   based on a plea agreement conditioned on a package deal with her husband
3   and co-defendant Robert Carr, and, therefore her sentencing should not go
4   forward until after Robert Carr's motion to withdraw his guilty pleas is
5   resolved or he repudiates any desire to file such a motion and, instead,
6   reaffirms his guilty pleas.

7   IT IS STIPULATED by the parties that the status conference
8   previously set for July 20, 2012 be vacated and reset for September 21,
9   2012 at 9:00 a.m.; that the Court shall find that this case remains
10  unusual and complex as there are over 30 boxes of documents involved in
11  this case and it is unreasonable to expect adequate preparation for
12  pretrial proceedings and trial itself with the time limits established in
13  the Speedy Trial Act, 18 U.S.C. § 3161; that the continuance requested
14  herein is necessary to provide new defense counsel for Robert Carr
15  reasonable time to prepare, and advise Robert Carr regarding his client's
16  defenses and any motion to withdraw his guilty pleas taking into account
17  due diligence within the meaning of the Speedy Trial Act; and that time
18  from the date of this stipulation, July 19, 2012, to and including
19  September 21, 2012, shall be excluded from computation of time within the
20  trial of this case must be commenced under Speedy Trial Act, pursuant to
21  18 U.S.C. § 3161 (h) (7) (A) and (B) (ii) and (iv), and Local Codes T2
22  (unusual and complex case) and T4 (reasonable time for defense counsel
23  to prepare).
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

Stip and Order                    -2-

```
Dated: July 19, 2012            Respectfully submitted,
                                DANIEL BRODERICK
                                Federal Defender


                                /s/ Douglas Beevers
                                _____
                                By: DOUGLAS BEEVERS
                                Assistant Federal Defender
                                Attorney for Defendant
                                THERESA ANN CARR

Dated: July 19, 2012            /s/ Jan Karowsky
                                _____
                                JAN KAROWSKY
                                Attorney for Defendant
                                ROBERT CARR

Dated: July 19, 2012            BENJAMIN B. WAGNER
                                United States Attorney


                                /s/ Samuel Wong
                                _____
                                SAMUEL WONG
                                Assistant U.S. Attorney
                                Attorney for Plaintiff
```

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

1  The Court orders that the time from the date of the parties stipulation, July 19, 2012, to and including September 21, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare). IT is further ordered that the July 20, 2012 status conference be vacated and reset for September 21, 2012 at 9:00 a.m.

Dated:  July 20, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge