**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Robert Carr

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Robert L. Carr and Theresa Ann Carr,<br><br>        Defendants | Case No.: Cr.S-09-170-GEB<br><br>**(PROPOSED) ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE: September 21, 2012<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

### ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby orders that the September 21, 2012, status conference shall be continued to October 5, 2012, at 9:00 a.m.  The Court finds that the failure to grant a continuance of the September 21, 2012, date now set for a Status Conference in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such a continuance outweigh the interests of the public and the defendants in a speedy trial and that the computation

1  of time within which the trial of this matter must be commenced under the Speedy Trial Act shall
2  be excluded during the time period from and including September 21, 2012, through and
3  including October 5, 2012, pursuant to 18 U.S.C.§3161(h)(7)(A)&(B)(iv) [reasonable time to
4  prepare] and Local Code T4.
5  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the
6  stipulation of the parties in its entirety as its order.
7  **IT IS SO ORDERED.**
8  **Date:  9/21/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge