**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Robert Carr

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Robert L. Carr and Theresa Ann Carr,<br><br>　　　　Defendants | Case No.: Cr.S-09-170-GEB<br><br>**ORDER CONTINUING SENTENCING AND ESTABLISHING NEW PSR DISCLOSURE SCHEDULE**<br><br>DATE: December 21, 2012<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

**ORDER**

The Court hereby adopts the schedule in the parties' stipulation filed on December 10, 2012, as its order.

12/10/12

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

- 1 -