IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>    v.<br>ROBERT L. CARR, THERESA ANN CARR,<br>                Defendants. | 2:09-cr-00170-GEB<br><br>ORDER UNSEALING ADDITIONAL PORTION OF TRANSCRIPT OF THE MAY 18, 2012 IN CAMERA HEARING |

        The February 22, 2013 Order to Show Cause ("OSC"), which directed Defendant Robert L. Carr to show cause why certain portions of the sealed transcript of the in camera proceeding held on May 18, 2012 ("transcript"), should not be placed on the public docket inadvertently omitted reference to the Court's statements on page 7, lines 9 to and including 11. These lines of the transcript comprise a part of the Court's broader statements on page 7, which have been unsealed. Further, the reasoning set forth in the March 6, 2013 Order to support unsealing portions of the transcript equally supports unsealing these additional lines of the transcript.

        Therefore, page 7, lines 9 to and including 11 are unsealed, and a revised, redacted version of page 7 of the transcript from the May 18, 2012 in camera proceeding is filed.

Dated: March 7, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge