BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-CR-0170-GEB |
| Plaintiff, | STIPULATION AND ORDER DECLARING ATTORNEY-CLIENT PRIVILEGE WAIVED REGARDING INEFFECTIVE ASSISTANCE OF COUNSEL CLAIMS MADE BY ROBERT CARR IN SUPPORT OF HIS MOTION TO WITHDRAW HIS PREVIOUSLY ENTERED GUILTY PLEAS |
| v. | |
| ROBERT L. CARR, and THERESA ANN CARR, aka Teresa Carr, aka Teri A. Carr, | |
| Defendants. | |
| | Court: Hon. Garland Burrell |

Whereas, on March 29, 2013, defendant Robert Carr filed a motion to withdraw his previously entered guilty pleas and in support of his motion, Carr filed a declaration detailing the various acts and ways that his former counsel, Michael Long, Esq., was allegedly ineffective and/or deficient;

Whereas, Mr. Long previously provided to Carr's present attorney, Jan Karowsky, Esq., the files formerly maintained by Mr. Long and in which there may be documents prepared by Mr. Long that would either support or refute Carr's claim that Mr. Long was ineffective and/or deficient as alleged in Carr's motion

and/or supporting declaration of Carr; and

    Whereas, the Court has previously ordered that the United States shall file a response to Carr's motion by April 12, 2013;

    It is hereby stipulated and agreed, by and between the parties, through their respective counsel, that:

    1. With respect to Carr's ineffective assistance of counsel claims contained in his motion to withdraw his guilty pleas and supporting declaration of Carr filed on March 29, 2013, Carr has waived the attorney-client privilege with respect to all matters in which he claims that his attorney was ineffective and/or deficient.

    2. With respect to any factual matters that would either support or refute Carr's claim that Mr. Long was ineffective and/or deficient as alleged in Carr's motion and/or supporting declaration of Carr, the Court shall grant the United States leave to take discovery from Mr. Long, including engaging in verbal and written discussions with Mr. Long, obtaining written declarations from Mr. Long, obtaining informally or via subpoena any documents from Mr. Long, and subpoenaing Mr. Long to testify in court.

    3. With respect to documents previously prepared and/or maintained by Mr. Long regarding any factual matters that would either support or refute Carr's claim that Mr. Long was ineffective and/or deficient as alleged in Carr's motion and/or supporting declaration of Carr, the Court shall grant the United States leave to take discovery via

///

///

2

subpoena to Carr's present defense counsel, Mr. Karowsky, to produce copies of such documents as soon as possible.

Dated: April 4, 2013

/s/ Jan Karowsky
_____
JAN KAROWSKY
Attorney for Defendant
Robert Carr
(per email authorization)

Dated: April 4, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Samuel Wong
_____
SAMUEL WONG
Assistant U.S. Attorney

_____

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: April 8, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3