```
BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT L. CARR, and<br>THERESA ANN CARR,<br>　aka Teresa Carr,<br>　aka Teri A. Carr,<br><br>　　　　Defendants. | No. 2:09-CR-0170-GEB<br><br>STIPULATION AND ORDER CONTINUING HEARING DATE AND EXTENDING BRIEFING SCHEDULE ON DEFENDANTS' RESPECTIVE MOTIONS TO WITHDRAW THEIR PREVIOUSLY ENTERED GUILTY PLEAS<br><br>Court: Hon. Garland Burrell |

　　Whereas, both defendants Robert Carr and Theresa Carr have filed separate motions to withdraw their previously entered guilty pleas, which motions are presently scheduled for hearing on April 26, 2013;

　　Whereas, plaintiff United States of America's motion to preclude Robert Carr from renewing his motion to withdraw his previously entered guilty pleas is also scheduled for hearing on April 26, 2013;

　　Whereas, counsel for Theresa Carr, Assistant Federal Defender ("AFD") Douglas Beevers is unavailable to attend the

1

1  April 26, 2013, motions hearing because he has been recently
2  scheduled for official furlough that day;
3      Whereas, on April 9, 2013, the Court issued an order:  (1)
4  declaring that Robert Carr has waived the attorney-client
5  privilege with respect to all matters in which he claims that his
6  attorney was ineffective and/or deficient; and (2) allowing the
7  United States leave to take certain discovery from Robert Carr's
8  former attorney, Michael Long, Esq., and present attorney, Jan
9  Karowsky, Esq., informally or via subpoena for information and/or
10 documents that would either support or refute Carr's claim that
11 Mr. Long was ineffective and/or deficient as alleged in Carr's
12 motion and/or supporting documents;
13      Whereas, Messrs. Long and Karowsky have advised the United
14 States that relevant documents exist and Mr. Long has relevant
15 information related to Robert Carr's allegations that Mr. Long
16 was ineffective as Robert Carr's attorney; however, the United
17 States has not received any of these documents or information
18 despite its requests to both Messrs. Long and Karowsky for the
19 documents and information;
20      Whereas, the parties desire additional time to negotiate the
21 production of documents and information that would either support
22 or refute Robert Carr's claim that Mr. Long was ineffective as
23 Robert Carr's counsel; and
24      Whereas the United States cannot adequately respond to the
25 respective motions filed by Robert Carr and Theresa Carr to to
26 withdraw their guilty pleas until after the United States
27 receives the discovery it has requested from Messrs. Long and
28 Karowsky,

1    It is hereby stipulated by and between the parties, through their respective counsel, that:

1. The hearing date for both defendants' respective motions to withdraw guilty pleas and the United States' motion to preclude Robert Carr from renewing his motion to withdraw his previously entered guilty pleas shall be scheduled for hearing on May 17, 2013;

2. Any response to a motion shall be filed by May 3, 2013, and any reply in support of a motion shall be filed by May 10, 2013.

Dated:  April 12, 2013            /s/ Jan Karowsky
                                  _____
                                  JAN KAROWSKY
                                  Attorney for Defendant
                                  Robert Carr
                                  (per phone authorization)

Dated:  April 12, 2013            /s/ Douglas Beevers
                                  _____
                                  DOUGLAS BEEVERS
                                  Attorney for Defendant
                                  Theresa Carr
                                  (per phone authorization)

Dated:  April 12, 2013            BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Samuel Wong
                            By:   _____
                                  SAMUEL WONG
                                  Assistant U.S. Attorney

_____

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: April 15, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

4