```
BENJAMIN B. WAGNER
Acting United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>ROBERT L. CARR, and  )<br>THERESA ANN CARR,  )<br>   aka Teresa Carr,  )<br>   aka Teri A. Carr,  )<br>  )<br>        Defendants.  )<br>  )<br>  )<br>  ) | No. 2:09-CR-0170-GEB<br><br>STIPULATION AND ORDER AND EXTENDING MOTIONS RESPONSE DEADLINE FOR THE UNITED STATES<br><br><br>Court:  Hon. Garland Burrell |

Whereas, plaintiff United States of America desires a short amount of additional time to file its responses to the motions to withdraw guilty pleas and/or objections to the Presentence Report filed by defendants Robert Carr and/or Theresa Carr, and both respective counsel for the defendants have no objection to the requested extension,

It is hereby stipulated and agreed by the parties, through their respective counsel, that the previously set Friday, May 3, 2013, deadline for the filing of plaintiff United States of America's responses to the motions and/or objections to the

1

Presentence Report filed by defendants Robert Carr and/or Theresa Carr shall be extended to Monday, May 6, 2013.  The May 10, 2013, date previously set for the filing of any reply memoranda by the parties, and the May 17, 2013, hearing date shall remain the same.

Dated:  May 3, 2013                    Respectfully submitted,

                                       /s/ Douglas Beevers
                                       _____
                                       DOUGLAS BEEVERS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       THERESA ANN CARR (per email
                                       authorization)


                                       /s/ Jan Karowsky
                                       _____
                                       JAN KAROWSKY
                                       Attorney for defendant
                                       Robert Carr
                                       (per email authorization)


                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                        /s/ Samuel Wong
                               By:     _____
                                       SAMUEL WONG
                                       Assistant U.S. Attorney

2

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: May 6, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge